JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EDMONDS GREENERY HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:21-cv-00103-RSM<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATION OF RELATED ACTIONS UNDER FED. R. CIV. P. 42(a)(2)<br><br>NOTE FOR MOTION CALENDAR: OCTOBER 14, 2021 |
| EDMONDS GREENERY HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:21-cv-00523-RSM |

## I.   STIPULATION

STIPULATED MOTION AND ORDER FOR CONSOLIDATION OF RELATED ACTIONS UNDER FED. R. CIV. P. 42(a)(2) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

Plaintiff Edmonds Greenery Homeowners Association ("Association") and Defendants Allstate Insurance Company ("Allstate") and State Farm Fire and Casualty Company ("State Farm") (collectively the "Defendants") hereby stipulate as follows:

1. The cases *Edmonds Greenery Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00103-RSM, and *Edmonds Greenery Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-00523-RSM, both involve claims for insurance coverage for alleged incremental and progressive hidden damage to the Edmonds Greenery Condominiums. The cases identified above involve the Association as Plaintiff in both cases and the following insurance companies as Defendants in the respective actions: (1) Allstate; and (2) State Farm.

2. While the cases have different defendants, the cases share common issues of fact and law as to liability and damages. The cases also involve many of the same lay and expert witnesses, Association records, and other documentary evidence. Both cases are assigned to the same Judge, the Honorable Ricardo S. Martinez. Consolidating the cases for trial under Fed. R. Civ. P. 42(a)(2) will promote efficiency and conserve judicial resources.

3. Pursuant to LCR 42(a), the Association and both Defendants stipulate that the later filed lawsuit, cause No. 2:21-cv-00523-RSM, shall be consolidated into case: *Edmonds Greenery Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00103-RSM. The Association and Defendants agree that the caption for the current case: *Edmonds Greenery Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00103-RSM, shall be amended to add State Farm.

4. *Edmonds Greenery Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00103-RSM is currently set for a jury

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

1  trial on April 25, 2022. *Edmonds Greenery Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-00523-RSM is currently set for a jury trial on July 25, 2022.

5. The parties agree and request that the case schedule for *Edmonds Greenery Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-00523-RSM shall govern this lawsuit.

6. The Association and Defendants agree that: (1) the consolidated case will be ready for trial by July 25, 2022, or as soon thereafter as permitted by the Court's schedule; and (2) the estimated length of trial is seven to ten days.

7. The Association and Defendants have met and conferred regarding this Stipulation and Proposed Order, as called for in LCR 42(b).

DATED  10/13/2021                            By */s/ Daniel J. Stein*
                                             Jerry Stein, WSBA #27721
                                             Justin Sudweeks, WSBA #28755
                                             Daniel Stein, WSBA #48739
                                             Jessica R. Burns, WSBA #49852
                                             Stein, Sudweeks & Stein, PLLC
                                             2701 1st Avenue, Suite 430
                                             Seattle, WA 98121
                                             jstein@condodefects.com
                                             justin@condodefects.com
                                             dstein@condodefects.com
                                             jessica@condodefects.com
                                             *Attorneys for Plaintiff Edmonds Greenery Homeowners Association*

DATED  10/13/2021                            By */s/ Richard G. Gawlowski*
                                             Alfred E. Donohue, WSBA #32774
                                             Richard G. Gawlowski, WSBA #19713
                                             Wilson Smith Cochran Dickerson
                                             901 Fifth Avenue, Suite 1700
                                             Seattle, WA 98164-2050
                                             donohue@wscd.com
                                             gawlowski@wscd.com

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 3

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

| | |
|---|---|
| | *Attorneys for Defendant Allstate Insurance Company* |
| DATED 10/13/2021 | By */s/ Michael S. Rogers*<br>Michael S. Rogers, WSBA #16423<br>Jason Vacha, WSBA #32774<br>Reed McClure<br>1215 Fourth Avenue, Suite 1700<br>Seattle, WA 98161-1087<br>mrogers@rmlaw.com<br>jvacha@rmlaw.com<br>*Attorneys for Defendant State Farm Fire & Casualty Company* |

## II.     ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That the later filed case *Edmonds Greenery Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-00523-RSM, shall be consolidated into the current case, *Edmonds Greenery Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00103-RSM.

2. That the caption for the current case, *Edmonds Greenery Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:21-cv-00103-RSM, shall be amended to add State Farm.

3. The parties agree that trial shall take place on July 25, 2022. The case schedule for *Edmonds Greenery Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-00523-RSM shall govern the consolidated lawsuit, as set forth below.

| JURY TRIAL DATE | July 25, 2022 |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | January 26, 2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | February 25, 2022 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3). | February 25, 2022 |
| Discovery completed by | March 28, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | April 26, 2022 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | June 10, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | June 27, 2022 |
| Agreed pretrial order due | July 13, 2022 |
| Pretrial conference to be scheduled by the Court. | |

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 5

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | July 20, 2022 |

DATED this 19th day of October, 2021.

*signature*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By */s/ Daniel J. Stein*
Jerry Stein, WSBA #27721
Justin Sudweeks, WSBA #28755
Daniel Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
Stein, Sudweeks & Stein, PLLC
2701 1st Avenue, Suite 430
Seattle, WA 98121
jstein@condodefects.com
justin@condodefects.com
dstein@condodefects.com
jessica@condodefects.com
*Attorneys for Plaintiff Edmonds Greenery Homeowners Association*


By */s/ Richard G. Gawlowski*
Alfred E. Donohue, WSBA #32774
Richard G. Gawlowski, WSBA #19713
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
donohue@wscd.com
gawlowski@wscd.com
*Attorneys for Defendant Allstate Insurance Company*

1  By */s/ Michael S. Rogers*
   Michael S. Rogers, WSBA #16423
2  Jason Vacha, WSBA #32774
   Reed McClure
3  1215 Fourth Avenue, Suite 1700
   Seattle, WA 98161-1087
4  mrogers@rmlaw.com
   jvacha@rmlaw.com
5  *Attorneys for Defendant State Farm Fire &*
   *Casualty Company*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 7

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

<u>Attorneys for Allstate Insurance Company:</u>
Alfred E. Donohue, WSBA No. 32774
Richard G. Gawlowski, WSBA No. 19713
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Phone: (206) 623-4100
Email:
donohue@wscd.com;
gawlowski@wscd.com;
obrien@wscd.com;
strelyuk@wscd.com;
ossenkop@wscd.com;
page@wscd.com;

☐ via US Mail
☐ via Legal Messenger
☑ via CM/ECF
☐ via E-Mail

<u>Attorneys for State Farm Fire and Casualty Company:</u>
Michael Rogers, WSBA #21726
Jason Vacha, WSBA #32774
Reed McClure
1215 Fourth Ave, Ste 1700
Seattle, WA 98161
Phone: (206) 292-4900
Email:
jvacha@rmlaw.com;
mrogers@rmlaw.com

☐ via US Mail
☐ via Legal Messenger
☑ via CM/ECF
☐ via E-Mail

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 14th day of October, 2021, at Seattle, Washington.

**STEIN, SUDWEEKS & STEIN, PLLC**

*s/Zach Heafner*
Zach Heafner, Paralegal
2701 First Avenue, Suite 430
Seattle, WA 98121

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 8

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

Email: zach@condodefects.com
Phone: (206) 388-0660

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 9

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660