HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EDMONDS GREENERY HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:21-cv-00103-RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM REBUTTAL WITNESSES, MOTIONS, AND DISCOVER CUTOFF<br><br>NOTE ON MOTION CALENDAR: February 16, 2022 |

## I.     STIPULATED MOTION

Comes now, Plaintiff Edmonds Greenery Homeowners Association ("Association") and Defendants Allstate Insurance Company and State Farm Fire and Casualty Company (collectively "Defendants"), by and through their respective counsel, and stipulate to this motion for a continuance of the deadline for disclosure of reports from rebuttal witnesses, the deadline for discovery related motions, and the discovery cutoff deadline.

Counsel for the Association and Defendants have conferred and propose an extension of the following deadline:

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM REBUTTAL WITNESSES, MOTIONS, AND DISCOVER CUTOFF (NO. 2:21-cv-00103-RSM) - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTCHENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Disclosure of Reports from Rebuttal Witnesses | 02/25/2022 | 03/15/2022 |
| Deadline for Discovery Related Motions | 02/25/2022 | 03/11/2022 |
| Discovery Cutoff | 03/18/2022 | 04/11/2022 |

## II.  GOOD CAUSE SHOWN

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists to extend deadlines as explained below. First the Association has filed a Motion to Consolidate which Defendants oppose. The parties recognize that if the Motion is granted it will impact discovery deadlines and that depositions will be stayed for a period of 2 months so that Eagle West Insurance Company can participate in depositions. The Association and Defendants are seeking in good faith a ruling on the Motion before depositions take place and require a short extension of the above listed deadlines so that depositions can promptly proceed after the Court issues a ruling in the event the Court denies the Association's Motion. In addition, Defendants have filed a joint Motion to extend the deadline for disclosure of reports from rebuttal experts because the Association's expert contracted Covid-19. The practical effect of extending the latter deadline is that witnesses may be disclosed close to the end of the discovery cutoff. The extension of deadlines will assist the parties in promptly arranging depositions for these witnesses and otherwise complying with the current case schedule.

Further, for purposes of judicial economy, the parties propose that the deadlines for disclosure of reports from rebuttal witnesses, the deadline for discovery related motions, and the discovery cutoff be continued for two weeks to avoid unnecessary motion work on topics that may be resolved through pending depositions and permit all parties to complete necessary discovery. No other deadlines or events in this matter are to be altered at this time. The parties respectfully request that the Court extend the currently scheduled deadlines as set forth above. A proposed order is included herewith.

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM REBUTTAL WITNESSES, MOTIONS, AND DISCOVER CUTOFF (NO. 2:21-cv-00103-RSM) - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTCHENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

DATED this 16th day of February, 2022.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Daniel Stein*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica R. Burns, WSBA 49852
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

DATED this 16th day of February, 2022.

**WILSON SMITH COCHRAN DICKERSON**

*/s/ Richard Gawlowski*
Alfred Donohue, WSBA No. 32774
Richard Gawlowski, WSBA No. 19713
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Email: donohue@wscd.com
Email: gawlowski@wscd.com
Telephone: (206) 623-4100
***Attorney for Defendant***
***Allstate Insurance Company***

DATED this 16th day of February, 2022.

**REED MCCLURE**

*/s/ Michael Rogers*
Michael Rogers, WSBA No. 16423
Jason Vacha, WSBA No. 34069
999 Third Avenue, Suite 1900
Seattle, WA 98104
Email: mrogers@rmlaw.com
Email: jvacha@rmlaw.com

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM REBUTTAL WITNESSES, MOTIONS, AND DISCOVER CUTOFF (NO. 2:21-cv-00103-RSM) - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTCHENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

Telephone: (206) 623-4100
**Attorney for Defendant**
**State Farm Fire and**
**Casualty Company**

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM REBUTTAL WITNESSES, MOTIONS, AND DISCOVER CUTOFF (NO. 2:21-cv-00103-RSM) - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTCHENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

# ORDER

Based on the above Stipulated Motion, IT IS SO ORDERED that the deadline for disclosure of the parties' reports from rebuttal witnesses, the deadline for discovery related motions, and the discovery cutoff deadline be extended as follows:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deadline for Disclosure of Reports from Rebuttal Witnesses | 02/25/2022 | 03/15/2022 |
| Deadline for Discovery Related Motions | 02/25/2022 | 03/11/2022 |
| Discovery Cutoff | 03/18/2022 | 04/11/2022 |

No other deadlines or events are altered.

**DATED THIS** 22nd day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Daniel Stein*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica R. Burns, WSBA 49852
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM REBUTTAL WITNESSES, MOTIONS, AND DISCOVER CUTOFF (NO. 2:21-cv-00103-RSM) - 5

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTCHENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff*

**WILSON SMITH COCHRAN DICKERSON**

*/s/ Richard Gawlowski*
Alfred Donohue, WSBA No. 32774
Richard Gawlowski, WSBA No. 19713
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Email: donohue@wscd.com
Email: gawlowski@wscd.com
Telephone: (206) 623-4100
*Attorney for Defendant*
*Allstate Insurance Company*

**REED MCCLURE**

*/s/ Michael Rogers*
Michael Rogers, WSBA No. 16423
Jason Vacha, WSBA No. 34069
999 Third Avenue, Suite 1900
Seattle, WA 98104
Email: mrogers@rmlaw.com
Email: jvacha@rmlaw.com
Telephone: (206) 623-4100
*Attorney for Defendant*
*State Farm Fire and*
*Casualty Company*

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM REBUTTAL WITNESSES, MOTIONS, AND DISCOVER CUTOFF (NO. 2:21-cv-00103-RSM) - 6

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTCHENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660