HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EDMONDS GREENERY HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; ALLSTATE INSURANCE COMPANY, an Illinois Corporation; EAGLE WEST INSURANCE COMPANY, a California Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:21-cv-00103-RSM<br><br>NOTICE OF SETTLEMENT - ALLSTATE INSURANCE COMPANY |

Plaintiff Edmonds Greenery Homeowners Association ("Association") has settled its claims with Defendant Allstate Insurance Company ("Allstate"). The parties are in the process of perfecting settlement. Once settlement is perfected all claims against Allstate will be dismissed. In the meantime, all claims against Defendants State Farm Fire and Casualty Company and Eagle West Insurance Company remain unchanged.

//

//

//

NOTICE OF SETTLEMENT – ALLSTATE
INSURANCE COMPANY - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

Dated the 17th day of March, 2022.

                **STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
Cortney M. Feniello, WSBA #57352
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Email: cfeniello@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

NOTICE OF SETTLEMENT – ALLSTATE
INSURANCE COMPANY - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2022, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

<u>Attorneys for Defendant State Farm Fire and Casualty Company:</u>
Michael Rogers
Jason Vacha
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle, WA  98161-1087
Phone:  (206) 386-7053
Email:  mrogers@rmlaw.com;
jvacha@rmlaw.com

☐ via US Mail
☐ via Legal Messenger
☐ via Overnight Mail
☐ via Email
☒ via CM/ECF

<u>Attorneys for Defendants Eagle West Insurance Company:</u>
Daniel R. Bentson
Alexander A. Jurish
Bullivant Houser
925 Fourth Avenue, Suite 3800
Seattle, WA 98104-8930
Phone:  (206) 292-8930
Email:  dan.bentson@bullivant.com;
alexander.jurish@bullivant.com

☐ via US Mail
☐ via Legal Messenger
☐ via Overnight Mail
☐ via Email
☒ via CM/ECF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 17th day of March, 2022, at Tukwila, Washington.

**STEIN, SUDWEEKS & STEIN, PLLC**

*s/Zach Heafner*
Zach Heafner, Paralegal
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660