THE HONORABLE RICARDO S. MARTINEZ
Trial Date: 01/23/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EDMONDS GREENERY HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation; EAGLE WEST INSURANCE COMPANY, a California Corporation, and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:21-cv-00103-RSM<br>(Consolidated with 2:21-cv-00523-RSM and 2:22-cv-00073-RSM)<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY<br><br>NOTE ON MOTION CALENDAR:<br>April 20, 2022 |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the undersigned parties that all claims brought against Defendant Allstate Insurance Company by Plaintiff Edmonds Greenery Homeowners Association shall be dismissed with prejudice and without costs. Plaintiff's claims against other Defendants are not affected by this Order.

STIPULATED MOTION AND ORDER OF
DISMISSAL OF DEFENDANT ALLSTATE
INSURANCE COMPANY (Cause No. 2:21-cv-
00103-RSM) – 1
ao/RGG6513.130/4149570X



WILSON SMITH COCHRAN DICKERSON

1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273

DATED this 20th day of April, 2022.

> By: *s/Richard G. Gawlowski*
> Alfred E. Donohue, WSBA No. 32774
> Richard G. Gawlowski, WSBA No. 19713
> Wilson Smith Cochran Dickerson
> 1000 Second Avenue, Suite 2050
> Seattle, WA  98104-3629
> Phone: (206) 623-4100
> Fax: (206) 623-9273
> Email: donohue@wscd.com
>                 gawlowski@wscd.com
> Of Attorneys for Defendant Allstate

DATED this 13th day of April, 2022.

> By *s/ Justin D. Sudweeks*
> Justin D. Sudweeks, WSBA No. 28755
> Jerry H. Stein, WSBA No. 27721
> Daniel J. Stein, WSBA No. 48739
> Jessica R. Burns, WSBA No. 49852
> Stein, Sudweeks & Stein, PLLC
> 16400 Southcenter Parkway, Suite 410
> Tukwila, WA 98188
> Phone: 206-388-0660
> Fax: 206-286-2660
> Email: justin@condodefects.com
>             jstein@condodefects.com
>             dstein@condodefects.com
>             jessica@condodefects.com
> Of Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY (Cause No. 2:21-cv-00103-RSM) – 2
ao/RGG6513.130/4149570X



1000 Second Avenue, Suite 2050
Seattle, Washington  98104
Telephone: (206) 623-4100
Fax: (206) 623-9273

## ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that all claims brought against Defendant Allstate Insurance Company by Plaintiff Edmonds Greenery Homeowners Association be dismissed with prejudice and without costs. Plaintiff's claims against other Defendants are not affected by this Order.

DATED this 22nd day of April, 2022.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/Richard G. Gawlowski*
Alfred E. Donohue, WSBA No. 32774
Richard G. Gawlowski, WSBA No. 19713
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA  98104-3629
Phone: (206) 623-4100
Fax: (206) 623-9273
Email: donohue@wscd.com
gawlowski@wscd.com
Of Attorneys for Defendant Allstate

STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY (Cause No. 2:21-cv-00103-RSM) – 3
ao/RGG6513.130/4149570X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served via ECF the foregoing document on:

**Attorneys for Plaintiff**
Jerry H. Stein
Justin D. Sudweeks
Daniel J. Stein
Jessica R. Burns
Stein, Sudweeks & Stein, PLLC
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
Email: jstein@condodefects.com;
justin@condodefects.com;
dstein@condodefects.com;
jessica@condodefects.com

**Attorneys for Defendant State Farm**
Michael S. Rogers
Jason Vacha
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
Email: mrogers@rmlaw.com;
knakasone@rmlaw.com; jvacha@rmlaw.com; clafferty@rmlaw.com

**SIGNED** this 20th day of April, 2022, at Seattle, Washington.

                                        *s/Alicia Ossenkop*
                                        Alicia Ossenkop

STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY (Cause No. 2:21-cv-00103-RSM) – 4
ao/RGG6513.130/4149570X



WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273