HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDMONDS GREENERY HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:21-cv-00103-RSM<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: September 28, 2022 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice without fees or costs awarded to either party. The parties request that the case be closed.

///

///

///

///

STIPULATED MOTION FOR DISMISSAL – 1
Case: 2:21-cv-00103-RSM

067826.000068 Edmonds C21-103 stip dismissal order

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

DATED this 28th day of September, 2022.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant State Farm
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

By *s/ Justin D. Sudweeks*
Justin D. Sudweeks, WSBA 28755
Daniel Stein, WSBA 48739
Cortney Feniello, WSBA 57352
Stein, Sudweeks & Stein PLLC
Attorneys for Plaintiff
16400 Southcenter Parkway, Suite 410
Tukwila WA 98188
206.388.0660 – Phone
206.286.2660 – Fax
cfeniello@condodefects.com

IT IS SO ORDERED.

DATED this 3rd day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR DISMISSAL – 2
Case: 2:21-cv-00103-RSM

067826.000068 Edmonds C21-103 stip dismissal order

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152